IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,                                                     CASE NO.: 1:09cr13-MP-AK

VS.

TODD ALLEN BROWN, et al

    Defendant.
_____/

## ORDER OF REASSIGNMENT

To effect the timely and efficient handling of issues related to Case No.: 1:09cr13-MP, this case is hereby reassigned to the Honorable Robert Hinkle for all purposes, it is ORDERED:

The Clerk shall reassign Case No.: 1:09cr13-MP to the Honorable Robert Hinkle.

SO ORDERED this <u>24th</u> day of March, 2010.

                                          *S/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge